Order issued November 9 , 2012

004828



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00658-CV

### I-NNOVATIVE TECHNOLOGY SOLUTIONS, LP, Appellant

### V.

### YOUNGSOFT, INC., Appellee

## ORDER

We **GRANT** appellant's October 30, 2012 motion for an extension of time to file a reply brief. Appellant shall file its reply brief on or before November 19, 2012.

ELIZABETH LANG-MIERS
JUSTICE